IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-00043-F-1
No. 7:16-CV-00380-F

| | | |
|---|---|---|
| MARCUS O'NEAL SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Having examined Petitioner's motion pursuant to Rule 4(b) of the Rules Governing

Section 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant

to Rule 5 of the Rules Governing Section 2255 Proceedings, or to make such other response as

appropriate to Petitioner's § 2255 motion [DE-50] within **forty (40)** days of the filing of this

order.

SO ORDERED.

This _16_ day of November, 2016.

_James C. Fox_
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE